**Below is the Order of the Court.**

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
*(Dated as of Entered on Docket date above)*

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

IN RE:

John N Zavaglia and Cheri L Zavaglia,

Debtors.

Case No. 13-12141

Chapter: 7

**AMENDED** ORDER AUTHORIZING TRUSTEE TO ABANDON PROPERTY OF THE ESTATE

THIS MATTER came before this Court upon Debtors' *Ex Parte* Motion to Amend an Order authorizing the Chapter 7 Trustee to abandon the Debtor's business known as ZAG, LLC and the Debtor's real property located at 3123 Sunset Blvd NE, Renton, WA 98056, it appears that all interested parties have received notice and that no objections to the ex parte motion were filed; now therefore, it is hereby;

ORDERED that the Trustee's interest in the Debtors' business known as ZAG, LLC and the Debtor's real property located at 3123 Sunset Blvd NE, Renton, WA 98056 are abandoned pursuant to 11 USC §554(b) because they are inconsequential and burdensome to the bankruptcy estate.

//END OF ORDER//

AMENDED ORDER GRANTING MOTION
AUTHORIZING TRUSTEE TO ABANDON PROPERTY
OF THE ESTATE- 1

**HENRY, DEGRAAFF & MCCORMICK, P.S.**
1833 N. 105TH ST, SUITE 203
SEATTLE, WASHINGTON 98133
telephone (206) 330-0595
fax (206) 400-7609

**Below is the Order of the Court.**

Presented by:
HENRY, DEGRAAFF & MCCORMICK, P.S.
By */s/ Christina L. Henry*
    Christina L. Henry, WSBA #31273

Agreed as to Form:
Wood & Jones, PS
By: */s/ Edmund J Wood*
  Edmund J. Wood, Chapter 7 Trustee

AMENDED ORDER GRANTING MOTION
AUTHORIZING TRUSTEE TO ABANDON PROPERTY
OF THE ESTATE- 2

**HENRY, DEGRAAFF & MCCORMICK, P.S.**
1833 N. 105TH ST, SUITE 203
SEATTLE, WASHINGTON 98133
telephone (206) 330-0595
fax (206) 400-7609

Case 13-12141-CMA    Doc 104    Filed 05/27/16    Ent. 05/27/16 13:01:47    Pg. 2 of 2